1  MELINDA HAAG (CABN 132612)
   United States Attorney
2

3  DAVID R. CALLAWAY (CABN 121782)
   Chief, Criminal Division
4

   HANLEY CHEW (CABN 189985)
   Assistant United States Attorney
5

6         150 Almaden Boulevard, Suite 900
          San Jose, California 95113
7         Telephone: (408) 535-5061
          FAX: (408) 535-5066
8         Hanley.Chew@usdoj.gov

9  Attorneys for United States of America

10                      UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                           SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,            )   Case No. CR14-00297-PSG
                                         )
15         Plaintiff,                    )   NOTICE AND [PROPOSED] ORDER OF
                                         )   DISMISSAL
16     v.                                )
                                         )
17  ERIC BOSWELL BOLT,                   )
                                         )
18         Defendant.                    )
                                         )

19

20         With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

21  States Attorney for the Northern District of California dismisses the above-captioned Information

22  against defendant Eric Boswell Bolt without prejudice.

23

    DATED: April 20, 2015                    MELINDA HAAG
24
                                             United States Attorney
25
                                                        /s/
26                                           HANLEY CHEW
                                             Assistant United States Attorney
27

28

    NOTICE AND [PROPOSED] ORDER OF DISMISSAL
    CR14-00297 PSG                          1

1

[PROPOSED] ORDER

2

        The Court hereby grants the government leave to dismiss the Information against defendant Eric

3

Boswell Bolt without prejudice. It is further ordered that the defendant be

4

released from the custody of the United States Marshal.

5

DATED: _5/18/2015_____

6

HONORABLE PAUL S. GREWAL
United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE AND [PROPOSED] ORDER OF DISMISSAL
CR14-00297 PSG                                    2